614

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* EDDIE G. BOLDEN, Petitioner-Appellant.

(No. 58686;

First District (5th Division)—February 8, 1974.

PER CURIAM.
BARRETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Alan David Eckstein, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel), for the People.